IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LEONDRE WALKER,

          Plaintiff,

vs.

ANTHONY SUSANO, Corporal; and JENNINGS, Corporal;

          Defendants.

8:25CV488

**MEMORANDUM AND ORDER**

    This matter is before the Court on a motion filed on September 2, 2025, by Plaintiff Leondre Walker ("Plaintiff") which this Court construes as a motion to supplement his complaint (the "Motion to Supplement"), Filing No. 6, and a motion to proceed in forma pauperis filed on September 29, 2025, Filing No. 17. The Motion to Supplement shall be granted and the allegations contained in the Motion to Supplement shall be considered by this Court along with Plaintiff's Complaint (and any other latter filed supplements) when completing its initial review. However, for the reasons that follow, the motion to proceed in forma pauperis shall be denied as moot.

    On September 3, 2025, Plaintiff previously filed a motion seeking to proceed in forma pauperis, Filing No. 7, which was granted that same day, *see* Filing No. 11. In the Memorandum and Order granting Plaintiff leave to proceed in forma pauperis, Plaintiff was ordered to submit his initial partial filing fee payment of $6.13 to the Court no later than October 3, 2025. *Id.* While the initial partial filing fee has not yet been received, the deadline to do so has also not yet passed. Ultimately, as Plaintiff has already been approved to

proceed in forma pauperis, the in forma pauperis Motion at Filing No. 17 shall be denied as moot.

IT IS THEREFORE ORDERED that:

1. The Motion to Supplement, Filing No. 6, is granted. This Court shall consider the allegations contained in the Motion to Supplement along with the Complaint (and any other later filed supplements) when performing its initial review, which shall occur in the normal course of the Court's business.

2. The Motion to proceed in forma pauperis, Filing No. 17, is denied as moot.

3. Plaintiff has through and until October 3, 2025, to pay the $6.13 initial partial filing fee to the Court in accordance with this Court's September 3, 2025, Memorandum and Order. *See* Filing No. 11. If Plaintiff requires additional time to comply, he must file a motion seeking an extension on or before the October 3, 2025, deadline.

Dated this 30th day of September, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

2