IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEONDRE WALKER,<br><br>                Plaintiff,<br><br>vs.<br><br>ANTHONY SUSANO, Corporal; and JENNINGS, Corporal;<br><br>                Defendants. | **8:25CV488**<br><br>**MEMORANDUM AND ORDER** |

    This matter is before this Court on a motion filed by Plaintiff Leondre Walker ("Plaintiff"), seeking an extension of 90 days to "prepare [his] case" (the "Motion"). Filing No. 20. The Motion shall be denied without prejudice to reassertion for the reasons that follow.

    Plaintiff filed his Complaint on August 1, 2025. Filing No. 1. Since its filing Plaintiff has filed seven supplements to be considered along with the allegations set forth in his Complaint (the "Supplements"). *See* Filing Nos. 5, 10, 12, 13, 14, 15, and 16. As Plaintiff has filed both a complaint and multiple supplements, it is unclear to this Court from the Motion if Plaintiff's extension to prepare his case references additional time to amend his Complaint, to further supplement it, or for some other reason.[1] *See* Filing No. 20.

---

[1] Plaintiff argues that he requires an extension of 90-days from November 20, 2025, in which to prepare his case because since the filing of the instant matter he has been unable to access the law library due to being transferred to a part of the prison with limited law library access. Filing No. 20 at 1. While 90-day extensions to amend or supplement a complaint is generally a longer period than is granted for such requests, the Court shall not further address the extensive time period requested, due to the Motion's denial.

As the Court has yet to perform its initial review of Plaintiff's Complaint and Supplements,[2] this Court may grant leave to further supplement or amend. *See* Fed. R. Civ. P. 15(a)(2) (providing that "[t]he court should freely give leave [to amend] when justice so requires."). However, to date Plaintiff has filed seven supplements, rendering it difficult for this Court to discern and review Plaintiff's claims because of the piecemeal and narrative nature of Plaintiff's filings. Moreover, his filings have failed to comply with the local rules of this Court, providing that "[a] party who moves for leave to amend a pleading (including a request to add parties) must file as an attachment to the motion an unsigned copy of the proposed amended pleading that clearly identifies the proposed amendments." NECivR 15.1(a). As such, the Motion shall be denied.

However, if Plaintiff intends to refile his motion and amend his complaint, **an amended complaint will supersede, not supplement, the previously filed Complaint at Filing No. 1 and all Supplements. If Plaintiff intends to file an amended complaint Plaintiff must include all of the claims he wishes to pursue against all of the individuals that he wishes to proceed against in any amended complaint, without relying upon or incorporating by reference any allegations made in the Complaint or Supplements. Plaintiff should be mindful to explain in an amended complaint what each defendant did to him, when and where the defendant did it, and how the defendant's actions harmed**

---

[2] The Court is required to review in forma pauperis complaints filed by prisoners such as Plaintiff to determine whether summary dismissal is appropriate. *See* 28 U.S.C. §§ 1915(e) and 1915A. The Court must dismiss a complaint or any portion of it that states a frivolous or malicious claim, that fails to state a claim upon which relief may be granted, or that seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). As Plaintiff is proceeding in forma pauperis, *see* Filing No. 11 (granting Plaintiff leave to proceed in forma pauperis), this Court must perform an initial review of Plaintiff's complaint prior to progressing the case.

**him.** Plaintiff is encouraged to use the form complaint enclosed with this order if amending his complaint.

IT IS THEREFORE ORDERED that:

1. The Motion seeking an extension, Filing No. 20, is denied without prejudice to reassertion. If Plaintiff chooses to refile his Motion, he must specifically state whether he seeks additional time to further supplement or amend his Complaint and do so in compliance with the Federal Rules of Civil Procedure and the local rules of this Court.

2. The Clerk of the Court is directed to send Plaintiff the Form Pro Se 14 ("Complaint for Violation of Civil Rights (Prisoner)"). Plaintiff is encouraged to use this form in the event Plaintiff intends to file an amended complaint.

Dated this 8th day of January, 2026.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge